## BEFORE THE THIRD DIVISION, NOVEMBER 18, 1942

**No. 47737.**—Protest 74469–K of John H. Burns Co. (Baltimore).

Opinion by CLINE, J. In accordance with stipulation of counsel that the frozen frogs' legs in question are similar to those the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610), the protest was sustained.

**No. 47738.**—Protest 948927–G of Wing Duck & Co. (San Francisco).

Opinion by EKWALL, J. It was stipulated that the merchandise in question is in all material respects the same as that the subject of *Wing Duck* v. *United States* (6 Cust. Ct. 133, C. D. 446). The claim that certain of the merchandise is not subject to the internal revenue tax was sustained.

**No. 47739.**—Protest 27662–K of Sang Chong Lung & Co. (San Francisco).

Opinion by EKWALL, J. At the hearing the Government moved to dismiss the case on the ground that the protest fee had not been paid, as required by section 3, paragraph N, Tariff Act of 1913, inasmuch as the tender of the fee was untimely. It was found that the protest was filed July 25, 1939, and the tender of the fee made and fee received July 28, 1939. The court therefore found that the protest fee was timely and the motion to dismiss was denied. As the record shows that the requirements of section 2901, Revised Statutes, have been complied with, the plaintiff's claim that the appraisement is void was overruled and judgment rendered in favor of the defendant.

## BEFORE THE SECOND DIVISION, NOVEMBER 23, 1942.

**No. 47740.**—Protests 73247–K, etc., of Alpha Lux Co. (Philadelphia).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47453, the claim under paragraph 372 was sustained.